WILLIAM L. BOWES, Respondent, *v.* W. H. SMALL & COMPANY, Appellant.

*Bowes* v. *Small & Company*, 163 App. Div. 932, affirmed.
(Submitted October 15, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered May 15, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover an alleged loss caused by reason of a decline in the market price of seed sold to plaintiff by defendant. The complaint alleged in substance that the defendant agreed and undertook with plaintiff that it would stand one-half of any loss or depreciation in the market value of seed after the time of purchase. No fraud or mistake was alleged. The answer was a general denial and alleged that said sale was without any condition on the part of the defendant which it failed to perform.

*Oscar J. Brown* for appellant.

*L. B. Williams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.